IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCRAP, INC., G.S.I. RECYCLING, INC., and D&S OF PENSACOLA, INC.,

Petitioners,

v.

RICHARD ADAMS, EULAINE ADAMS, MALINDA ANDERSON, MARY MATTHEWS, HENRY ATKINS, JACQUELINE ATKINS, LUCY MAE BELL, BETTY BROWN, CLAYTON BROWN, JR., CLAYTON BROWN, III, OSSIE BRUNDRIDGE, CAROL BRUNDRIDGE, MARY CASEY, WILLIE DAVISON, EMMA DAVISON, GIAVANIE PEARSON, MCBETHER HILL, AUDREY HOGAN, LILLIE MAE JOHNSON, DEBORAH LEGRANT, EVELYN LOVETTE, CLINTON MADISON, GERTRUDE ADAMS, EULA MADISON, MARY MCCANN, JOSEPH MILLER, LUCILLE MILLER, CLARENCE SAMPSON, RONNIE SAMPSON, FLOYD PEACOCK, JOHNNIE PEACOCK, ALCONRIC PEAVY, VERONICA POSEY, MARY LOUISE POSTELL, STEPHEN RUSSO, ANNETTE SMITH, VERNA STEPHEN, RONALD STEWART, ANNA STEWART,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5757

HUBERT THOMPSON, CAROL
THOMPSON, SYLVESTER
WASHINGTON, VERNON
WASHINGTON, EASTER
WELCH, MAGGIE WHITE,
FRANKLIN WILLIS, WINDER
MAURICE WILLIS, ANTANGILA
WILLIS, and BRANDON BARGE,

     Respondents.

_____/

Opinion filed May 9, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

W. David Jester and Jessica L. Scholl of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, and Robert O. Beasley of Litvak, Beasley, & Wilson, LLP, Pensacola, for Petitioners.

No appearances for Respondents.

PER CURIAM.

     Petitioners seek certiorari review of an order consolidating multiple cases for trial. Petitioners have failed to demonstrate that they will be irreparably harmed by the order of consolidation as the order is subject to review on direct appeal. See Agrofollajes, S.A. v. E.I. DuPont De Nemours & Co., Inc., 48 So. 3d 976, 986 (Fla. 3d DCA 2010), disapproved on other grounds by Aubin v. Union Carbide Corp., 177 So. 3d 489 (Fla. 2015). Accordingly, the petition for writ of certiorari is denied.

ROBERTS, C. J., LEWIS and WINSOR, JJ., CONCUR.